Gerald E. Hawxhurst (Bar No. 220327)
jerry@cronehawxhurst.com
Joshua P. Gelbart (Bar No. 274021)
jgelbart@cronehawxhurst.com
CRONE HAWXHURST LLP
10880 Wilshire Blvd., Suite 1150
Los Angeles, California 90024
Telephone: (310) 893-5150
Facsimile: (310) 893-5195

Jacob S. Pultman (*Admitted Pro Hac Vice*)
jacob.pultman@newyork.allenovery.com
Andrew H. Reynard (*Admitted Pro Hac Vice*)
andrew.reynard@newyork.allenovery.com
Molly C. Spieczny (*Admitted Pro Hac Vice*)
molly.spieczny@newyork.allenovery.com
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 610-6300
Facsimile: (212) 610-6399

Attorneys for Plaintiff
Alpha Investment, LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPHA INVESTMENT, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ZYNGA INC. and ANDREW TRADER, <br><br> Defendants. | CASE NO. CV 11-3500-JSW <br><br> **STIPULATION REGARDING CASE MANAGEMENT CONFERENCE** <br><br> [~~PROPOSED~~ ORDER ~~SUBMITTED HEREWITH~~] |

WHEREAS, through its August 1, 2011 Order Setting Case Management Conference and Requiring Joint Case Management Conference Statement, the Court has scheduled the Case Management Conference in this action for October 28, 2011 at 1:30 p.m.;

WHEREAS, oral arguments on the Motions to Dismiss of Defendant Zynga Inc. and Defendant Andrew Trader are scheduled for November 4, 2011 at 9:00 a.m.;

1

1  WHEREAS, counsel for Plaintiff Alpha Investment, LLC and counsel for Defendant
2  Andrew Trader must travel from New York, New York and Los Angeles, California to San
3  Francisco for both the Case Management Conference ("CMC") and oral argument on Defendants'
4  Motions to Dismiss;

5  WHEREAS, the parties have conferred and agreed that holding the CMC and oral
6  argument on Defendants' Motions to Dismiss on the same date will conserve substantial time and
7  resources of the Court and the parties;

8  THEREFORE, IT IS NOW HEREBY STIPULATED AND AGREED, by and between the
9  parties to this action, through their counsel of record, that, with the consent of the Court, the CMC
10 be adjourned until November 4, 2011, immediately following oral argument on the Defendants'
11 Motions to Dismiss, or until such later time as is determined by the Court based on any rulings
12 made with respect to the pending motions.

14 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
15 DATED: September 15, 2011

17 HONORABLE JEFFREY S. WHITE
    UNITED STATES DISTRICT JUDGE

22 DATED: September 14, 2011        COOLEY LLP

24                                   By _____
                                      Jeffrey M. Kaban (235743)
25                                    Attorneys for Defendant Zynga Inc.

2

DATED: September 14, 2011        VICK LAW GROUP, APC

                                  By _____Scott Vick / L.G._____
                                  Scott Vick (171944)
                                  Attorneys for Defendant Andrew Trader


DATED: September ___, 2011        ALLEN & OVERY LLP


                                  By _____
                                  Jacob S. Pultman (admitted *pro hac vice*)
                                  Attorneys for Plaintiff Alpha Investment, LLC

3

| | | |
|---|---|---|
| 1 | DATED: September __, 2011 | VICK LAW GROUP, APC |
| 2 | | |
| 3 | | By _____ |
| 4 | | Scott Vick (171944)<br>Attorneys for Defendant Andrew Trader |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | DATED: September 14, 2011 | ALLEN & OVERY LLP |
| 9 | | |
| 10 | | By _____ |
| | | Jacob S. Pultman (admitted *pro hac vice*)<br>Attorneys for Plaintiff Alpha Investment, LLC |

3

Stipulation Regarding Case Management Conference
Case No. CV 11-3500-JSW