CRONE HAWXHURST
Gerald E. Hawxhurst (Bar No. 220327)
jerry@cronehawxhurst.com
Joshua P. Gelbart (Bar No. 274021)
jgelbart@cronehawxhurst.com
10880 Wilshire Blvd., Suite 1150
Los Angeles, California 90024
Telephone:    (310) 893-5150
Facsimile:    (310) 893-5195

Attorneys for Plaintiff
Alpha Investment, LLC

ALLEN & OVERY LLP
Jacob S. Pultman (Admitted Pro Hac Vice)
jacob.pultman@allenovery.com
Molly C. Spieczny (Admitted Pro Hac Vice)
molly.spieczny@allenovery.com
1221 Avenue of the Americas
New York, New York 10020
Telephone:    (212) 610-6300
Facsimile:    (212) 610-6399

Attorneys for Plaintiff
Alpha Investment, LLC

[Additional counsel information listed on signature page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPHA INVESTMENT, LLC,<br><br>      Plaintiff,<br><br>   v.<br><br>ZYNGA INC. and ANDREW TRADER,<br><br>      Defendants. | CASE NO. CV 11-3500-JSW<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME**<br><br>**[PROPOSED ORDER SUBMITTED HEREWITH]** |

WHEREAS, the initial Complaint in the above-captioned action was filed on July 15, 2011;

1

1    WHEREAS, on August 1, 2011, the Court entered an Order scheduling the Case
2 Management Conference for October 28, 2011;

3    WHEREAS, motions to dismiss and a motion to intervene (the "Motions") were filed by
4 Defendants Zynga Inc. and Andrew Trader ("Defendants") on August 5, 2011 and noticed for oral
5 argument on November 4, 2011;

6    WHEREAS, on September 14, 2011, the parties stipulated and agreed that, with the
7 consent of the Court, the Case Management Conference originally set for October 28, 2011 should
8 be adjourned until November 4, 2011, so as to coincide with oral argument on the Motions;

9    WHEREAS, on September 15, 2011, the Court entered an Order scheduling the Case
10 Management Conference for November 4, 2011, immediately following oral argument on the
11 Motions;

12    WHEREAS, on October 27, 2011, an Amended Clerk's Notice was entered in this action
13 rescheduling for December 16, 2011 the oral argument on the Motions and the Case Management
14 Conference that had been previously scheduled for November 4, 2011;

15    WHEREAS, on November 14, 2011, the parties stipulated and agreed that, with the
16 consent of the Court, the oral argument on the Motions and the Case Management Conference set
17 for December 16, 2011 should be adjourned until February 10, 2012, the earliest date available
18 after December 16, 2011 on which oral argument on the Motions and the Case Management
19 Conference could be held, in order to accommodate the schedule of lead counsel for Defendant
20 Zynga Inc.;

21    WHEREAS, on November 15, 2011, the Court entered an Order scheduling oral argument
22 on the Motions and the Case Management Conference for February 10, 2010;

23    WHEREAS, on February 6, 2012, the Court entered an Order requiring further briefing
24 and continuing the hearing on the Motions to March 16, 2012 and the Case Management
25 Conference to March 30, 2012;

26    WHEREAS, on March 12, 2012, the Court entered an Order granting Defendants' motions
27 to dismiss, denying Defendant Trader's motion to intervene as moot, granting Plaintiff leave to
28 amend within 20 days or by April 2, 2012, directing Defendants to answer or move to dismiss

2

1 within 20 days of service of the amended complaint; and vacating the Case Management

2 Conference to be reset, if necessary, at a later date;

3     WHEREAS, an amended complaint in this action is being filed on April 2, 2012;

4     WHEREAS, due to scheduling conflicts, lead counsel for Defendant Andrew Trader is

5 unavailable between April 29, 2012 and May 13, 2012, and again between May 21, 2012 and May

6 25, 2012; and

7     WHEREAS, the parties seek the prompt resolution of this action;

8     NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between

9 the parties to this action, through the undersigned counsel of record, pursuant to Rules 6.1(b) and

10 6.2(a) of the Civil Local Rules of the United States District Court for the Northern District of

11 California, as follows:

12   1. Subject to the consent of the Court, Defendants shall answer or move to dismiss the

13 amended complaint by May 2, 2012;

14   2. Subject to the consent of the Court, if Defendants move to dismiss the amended

15 complaint, Plaintiff shall file oppositions to Defendants' motions to dismiss by May 18, 2012;

16   3. Subject to the consent of the Court, Defendants shall file replies to Plaintiff's oppositions

17 by May 30, 2012;

18   4. Subject to the consent of the Court, oral argument on the motions to dismiss the amended

19 complaint and the Case Management Conference shall be set for ~~June 8,~~ June 15 2012.

20   5. The parties to this action enter this stipulation without prejudice to any parties' rights with

21 respect to discovery, including but not limited to a party's right to serve, object to, move to

22 compel, quash or stay discovery, or to seek further relief from the Court as appropriate.

23 //

24 //

25 //

26 //

27 //

28 //

| | | |
|---|---|---|
| 1 | DATED: March 27, 2012 | VICK LAW GROUP, APC |
| 2 | | |
| 3 | | By /s/ Scott Vick |
| | | Scott Vick (Bar No. 171944) |
| 4 | | scott@vicklawgroup.com |
| | | Jessica Han (Bar No. 228859) |
| 5 | | jessica@vicklawgroup.com |
| | | Lital Gilboa (Bar No. 263372) |
| 6 | | lital@vicklawgroup.com |
| | | 800 West Sixth Street, Suite 1220 |
| 7 | | Los Angeles, California 90017 |
| | | Telephone:    (213) 784-6225 |
| 8 | | Facsimile:    (213) 985-7155 |
| 9 | | Attorneys for Defendant Andrew Trader |
| 10 | | |
| 11 | DATED: March ___, 2012 | COOLEY LLP |
| 12 | | By _____ |
| 13 | | Stephen C. Neal (Bar No. 170085) |
| | | (nealsc@cooley.com) |
| 14 | | John C. Dwyer (Bar No. 136533) |
| | | (dwyerjc@cooley.com) |
| 15 | | Jeffrey M. Kaban (Bar No. 235743) |
| | | (jkaban@cooley.com) |
| 16 | | Five Palo Alto Square |
| | | 3000 El Camino Real |
| 17 | | Palo Alto, California  94306-2155 |
| | | Telephone:    (650) 843-5000 |
| 18 | | Facsimile:    (650) 849-7400 |
| 19 | | Attorneys for Defendant |
| | | Zynga Inc. |
| 20 | | |
| 21 | DATED: March ___, 2012 | ALLEN & OVERY LLP |
| 22 | | |
| 23 | | |
| 24 | | By _____ |
| | | Jacob S. Pultman (admitted *pro hac vice*) |
| 25 | | Attorneys for Plaintiff Alpha Investment, LLC |
| 26 | | |
| 27 | | |
| 28 | | |

4

| | | |
|---|---|---|
| 1 | DATED: March __, 2012 | VICK LAW GROUP, APC |
| 2 | | |
| 3 | | By _____<br>Scott Vick (Bar No. 171944) |
| | | scott@vicklawgroup.com |
| 4 | | Jessica Han (Bar No. 228859)<br>jessica@vicklawgroup.com |
| 5 | | Lital Gilboa (Bar No. 263372)<br>lital@vicklawgroup.com |
| 6 | | 800 West Sixth Street, Suite 1220<br>Los Angeles, California 90017 |
| 7 | | Telephone:    (213) 784-6225<br>Facsimile:    (213) 985-7155 |
| 8 | | |
| 9 | | Attorneys for Defendant Andrew Trader |
| 10 | | |
| 11 | DATED: March 27, 2012 | COOLEY LLP |
| 12 | | By _____*Jeffrey Kaban /JB*_____<br>Stephen C. Neal (Bar No. 170085) |
| 13 | | (nealsc@cooley.com)<br>John C. Dwyer (Bar No. 136533) |
| 14 | | (dwyerjc@cooley.com)<br>Jeffrey M. Kaban (Bar No. 235743) |
| 15 | | (jkaban@cooley.com)<br>Five Palo Alto Square |
| 16 | | 3000 El Camino Real<br>Palo Alto, California 94306-2155 |
| 17 | | Telephone:    (650) 843-5000<br>Facsimile:    (650) 849-7400 |
| 18 | | |
| 19 | | Attorneys for Defendant<br>Zynga Inc. |
| 20 | | |
| 21 | DATED: March __, 2012 | ALLEN & OVERY LLP |
| 22 | | |
| 23 | | |
| 24 | | By _____<br>Jacob S. Pultman (admitted *pro hac vice*) |
| 25 | | Attorneys for Plaintiff Alpha Investment, LLC |

4

| | | |
|---|---|---|
| 1 | DATED: March ___, 2012 | VICK LAW GROUP, APC |
| 2 | | |
| 3 | | By _____<br>Scott Vick (Bar No. 171944) |
| 4 | | scott@vicklawgroup.com<br>Jessica Han (Bar No. 228859) |
| 5 | | jessica@vicklawgroup.com<br>Lital Gilboa (Bar No. 263372) |
| 6 | | lital@vicklawgroup.com<br>800 West Sixth Street, Suite 1220 |
| 7 | | Los Angeles, California 90017<br>Telephone:    (213) 784-6225 |
| 8 | | Facsimile:    (213) 985-7155 |
| 9 | | Attorneys for Defendant Andrew Trader |
| 10 | | |
| 11 | DATED: March ___, 2012 | COOLEY LLP |
| 12 | | By _____ |
| 13 | | Stephen C. Neal (Bar No. 170085)<br>(nealsc@cooley.com) |
| 14 | | John C. Dwyer (Bar No. 136533)<br>(dwyerjc@cooley.com) |
| 15 | | Jeffrey M. Kaban (Bar No. 235743)<br>(jkaban@cooley.com) |
| 16 | | Five Palo Alto Square<br>3000 El Camino Real |
| 17 | | Palo Alto, California  94306-2155<br>Telephone:    (650) 843-5000 |
| 18 | | Facsimile:    (650) 849-7400 |
| 19 | | Attorneys for Defendant<br>Zynga Inc. |
| 20 | | |
| 21 | DATED: March 30, 2012 | ALLEN & OVERY LLP |
| 22 | | |
| 23 | | |
| 24 | | By _____<br>Jacob S. Pultman (admitted *pro hac vice*) |
| 25 | | Attorneys for Plaintiff Alpha Investment, LLC |
| 26 | | |
| 27 | | |
| 28 | | |

4

1 | **PURSUANT TO STIPULATION, ~~IT IS SO ORDERED.~~** AS MODIFIED ABOVE, IT IS SO ORDERED.
2 | ~~DATED: April ____, 2012~~

3 | Dated: April 2, 2012

4 | _____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

5

Stipulation Regarding Case Management Conference
Case No. CV 11-3500-JSW