CRONE HAWXHURST LLP
Gerald E. Hawxhurst (Bar No. 220327)
jerry@cronehawxhurst.com
Joshua P. Gelbart (Bar No. 274021)
jgelbart@cronehawxhurst.com
10880 Wilshire Blvd., Suite 1150
Los Angeles, California 90024
Telephone: (310) 893-5150
Facsimile: (310) 893-5195

Attorneys for Plaintiff
Alpha Investment, LLC

ALLEN & OVERY LLP
Jacob S. Pultman (Admitted Pro Hac Vice)
jacob.pultman@allenovery.com
Molly C. Spieczny (Admitted Pro Hac Vice)
molly.spieczny@allenovery.com
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 610-6300
Facsimile: (212) 610-6399

Attorneys for Plaintiff
Alpha Investment, LLC

[Additional counsel information listed on signature page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPHA INVESTMENT, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ZYNGA INC. and ANDREW TRADER,<br><br>Defendants. | CASE NO. CV 11-3500-JSW<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF PLAINTIFF'S CLAIMS AGAINST DEFENDANTS** |

1

| | |
|---|---|
| 1 | ANDREW TRADER, |
| 2 |     Cross-Complainant, |
| 3 | v. |
| 4 | ZYNGA INC. |
| 5 |     Cross-Defendant. |

1 ANDREW TRADER,
2     Cross-Complainant,
3 v.
4 ZYNGA INC.
5     Cross-Defendant.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Alpha Investment, LLC and Defendants Zynga Inc. and Andrew Trader hereby stipulate that all claims Plaintiff asserts against Defendants in this action are hereby dismissed with prejudice. All crossclaims Cross-Complainant Andrew Trader asserts against Cross Defendant Zynga Inc. remain active. The clerk shall accordingly dismiss Plaintiff Alpha Investment LLC from this action.

DATED: July 2, 2012

VICK LAW GROUP, APC

By _____/s/ Scott Vick_____
Scott Vick (Bar No. 171944)
scott@vicklawgroup.com
Jessica Han (Bar No. 228859)
jessica@vicklawgroup.com
Lital Gilboa (Bar No. 263372)
lital@vicklawgroup.com
800 West Sixth Street, Suite 1220
Los Angeles, California 90017
Telephone:  (213) 784-6225
Facsimile:  (213) 784-6226

Attorneys for Defendant Andrew Trader

| | | |
|---|---|---|
| 1 | DATED: July 2, 2012 | COOLEY LLP |
| 2 | | By [signature] |
| 3 | | Stephen C. Neal (Bar No. 170085) |
| | | (nealsc@cooley.com) |
| 4 | | John C. Dwyer (Bar No. 136533) |
| | | (dwyerjc@cooley.com) |
| 5 | | Jeffrey M. Kaban (Bar No. 235743) |
| | | (jkaban@cooley.com) |
| 6 | | Five Palo Alto Square |
| | | 3000 El Camino Real |
| 7 | | Palo Alto, California 94306-2155 |
| | | Telephone: (650) 843-5000 |
| 8 | | Facsimile: (650) 849-7400 |
| 9 | | Attorneys for Defendant |
| | | Zynga Inc. |
| 10 | | |
| 11 | DATED: July __, 2012 | ALLEN & OVERY LLP |
| 12 | | |
| 13 | | By _____ |
| 14 | | Jacob S. Pultman (admitted *pro hac vice*) |
| | | Attorneys for Plaintiff Alpha Investment, LLC |

| | | |
|---|---|---|
| 1 | DATED: July ___, 2012 | COOLEY LLP |
| 2 | | By _____ |
| 3 | | Stephen C. Neal (Bar No. 170085)<br>(nealsc@cooley.com) |
| 4 | | John C. Dwyer (Bar No. 136533)<br>(dwyerjc@cooley.com) |
| 5 | | Jeffrey M. Kaban (Bar No. 235743)<br>(jkaban@cooley.com) |
| 6 | | Five Palo Alto Square<br>3000 El Camino Real |
| 7 | | Palo Alto, California 94306-2155<br>Telephone: (650) 843-5000 |
| 8 | | Facsimile: (650) 849-7400 |
| 9 | | Attorneys for Defendant<br>Zynga Inc. |
| 11 | DATED: July 2, 2012 | ALLEN & OVERY LLP |
| 13 | | By _____ |
| 14 | | Jacob S. Pultman (admitted *pro hac vice*)<br>Attorneys for Plaintiff Alpha Investment, LLC |

3