VICK LAW GROUP, APC
  Scott Vick (State Bar No. 171944)
  Lital Gilboa (State Bar No. 263372)
800 West Sixth Street, Suite 1220
Los Angeles, California 90017
Telephone: (213) 784-6225
Facsimile: (213) 784-6227
E-Mail: scott@vicklawgroup.com
         lital@vicklawgroup.com

Attorneys for Cross-Complainant
ANDREW TRADER

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHA INVESTMENT, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ZYNGA INC. and ANDREW TRADER,<br><br>    Defendants. | Case No. CV 11-3500-JSW<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| ANDREW TRADER, an individual,<br><br>    Cross-Complainant,<br><br>v.<br><br>ZYNGA INC., a Delaware Corporation,<br><br>    Cross-Defendant. | |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1), Cross-Complainant ANDREW TRADER voluntarily dismisses with prejudice all claims made by him against Cross-Defendant ZYNGA INC. in his Cross-Complaint filed on June 20, 2012. Cross-Complainant further notifies the Court that his dispute with Cross-Defendant has been settled.

DATED: August 2, 2012          VICK LAW GROUP, APC


By:   /s/  Scott Vick

VICK LAW GROUP, APC
  Scott Vick
  Lital Gilboa

Attorneys for Cross-Complainant,
ANDREW TRADER